**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

        Plaintiff,        Case No. 11-CR-20551
                                   HON. ROBERT H. CLELAND

-v-

DR. ADELFO PAMATMAT, M.D. (D-18),

        Defendant.

| Patrick M. Cleary, PC | The Landau Group, PC |
|---|---|
| Patrick M. Cleary | Kevin A. Landau (P65601) |
| 43494 Woodward Ave., Ste. 203 | Arthur H. Landau (P16381) |
| Bloomfield Hills, Michigan 48302 | 38500 Woodward Ave., Ste. 310 |
| O: 248.335.7890 | Bloomfield Hills, Michigan 48304 |
| Bar No. P11962 | O: 248.686.5916 |
| Email: pmclearlyatlaw@aol.com | Email: zachlandau3@gmail.com |

**ORDER HOLDING IN ABEYANCE MOTION FOR SUBSTITUTION OF COUNSEL**

This matter having come before this Court pursuant to the stipulation of predecessor counsel for Defendant Adelfo Pamatmat (Defendant No. 18),

**IT IS HEREBY ORDERED** that the request of Kevin Landau and Arthur Landau of The Landau Group, PC to substitute as counsel for Defendant in place of Patrick M. Cleary and Patrick M. Cleary, PC., is hereby **HELD IN ABEYANCE** pending the presentation of a written certification, to be filed not later than July 11 at 12:00 p.m., that the following conditions have been met:

1. That proposed substitute counsel are both fully familiar with the case, and have reviewed all voluntary discovery thus far provided to Mr. Clearly, and

2. That proposed substitute counsel are fully prepared to proceed, either to enter a negotiated guilty plea or to trial, without any delay or need for extension of time, and

3. That in preparation for the final pretrial/change of plea hearing set to occur on July 16, proposed substitute counsel have received a copy of the Government's proposed Rule 11 plea agreement, are fully acquainted with the same, and that one or both have discussed the proposal fully with the defendant.

If the conditions are met and substitution is permitted, Patrick M. Cleary would be relieved from any further responsibility in the above-entitled matter.

Dated: July 10, 2014

       s/Robert H. Cleland
       HONORABLE ROBERT H. CLELAND