# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

-v-                                                  Case No. 11-CR-20551
                                                    HON. ROBERT H. CLELAND

DR. ADELFO PAMATMAT, M.D. (D-18),

        Defendant.

---

| Patrick M. Cleary, PC | The Landau Group, PC |
|---|---|
| Patrick M. Cleary | Kevin A. Landau (P65601) |
| 43494 Woodward Ave., Ste. 203 | Arthur H. Landau (P16381) |
| Bloomfield Hills, Michigan 48302 | 38500 Woodward Ave., Ste. 310 |
| O: 248.335.7890 | Bloomfield Hills, Michigan 48304 |
| Bar No. P11962 | O: 248.686.5916 |
| Email: pmclearlyatlaw@aol.com | Email: zachlandau3@gmail.com |

---

## ORDER GRANTING SUBSTITUTION OF COUNSEL

      Whereas this matter has come before this Court pursuant to the stipulation of the present counsel for Defendant Adelfo Pamatmat (Defendant No. 18), interpreted by the court as a motion to permit substitution, and

      Whereas proposed substitute counsel having certified their familiarity with the case and the proposed Rule 11 agreement, and the court now relying upon the certification to conclude that proposed substitute counsel are fully familiar with the case and fully prepared to proceed without delay.

      **IT IS HEREBY ORDERED** that Kevin Landau and Arthur Landau of The Landau Group, PC are permitted to substitute as counsel for Defendant in place of Patrick M. Cleary and Patrick M. Cleary, PC.

**IT IS FURTHER ORDERED** that Patrick M. Cleary shall be relieved from any further responsibility in the above-entitled matter.

**IT IS FURTHER ORDERED** that there shall be **NO EXTENSION OF TIME** to be afforded as a result of this substitution.

**IT IS FURTHER ORDERED** that Defendant and substitute counsel take note that the court reasonably assumes that whatever compensation has been proffered is and shall be sufficient for all purposes unto the conclusion of the case by guilty plea and sentence; or trial conviction, sentence, and appeal; or trial and acquittal. And, accordingly, take note that the court will entertain no subsequent motion by substitute counsel to withdraw, or to convert from retained to court-appointed status, or to make other significant adjustments in their status in this case based in whole or in part on alleged financial deficiencies.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: July 14, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 14, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522