UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,      CRIMINAL NO. 11-CR-20551

            Plaintiff,      HON. ROBERT H. CLELAND

v.

D-18 ADELFO PAMATMAT, M.D.,

            Defendant.

_____/

## EXPARTE MOTION AND ORDER TO FILE GOVERNMENT'S RESPONSES OUT OF TIME

The responses by the United States to the defendant's Motion to Dismiss Counts One and Two of Second Superseding Indictment and Motion To Suppress Alleged Inculpatory Statements of Defendant, Dr. Adelfo Pamatmat were due to be filed on Monday, January 27, 2015. The United States requests a one day extension of time to file a response, due to delays caused by the final editing of the responses.

            Respectfully submitted,

            BARBARA L. McQUADE
            United States Attorney

            s/ WAYNE F. PRATT
            Assistant United States Attorney
            211 West Fort St., Ste. 2001
            Detroit, MI 48226
            Phone: (313) 226-9583
            Email: wayne.pratt@usdoj.gov

Dated: January 27, 2015      Bar No.: P32528

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, January 27, 2015, I caused a copy of the foregoing to be served on all counsel of record using the Court's ECF filing system.

s/ WAYNE F. PRATT
Assistant United States Attorney
211 West Fort Street, Ste. 2001
Detroit, MI 48226
Phone: (313) 226-9583
Email: wayne.pratt@usdoj.gov
Bar No. P32528

IT IS SO ORDERED.

                                          s/Robert H. Cleland
                                          HON. ROBERT H. CLELAND
                                          United States District Court Judge

Entered: January 28, 2015