**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                  Case No. 11-20551

DR. ADELFO PAMATMAT, M.D. (D-18),

    Defendant.
                                           /

**ORDER SETTING IN PERSON STATUS CONFERENCE**

      On July 23, 2015, the court conducted a status conference in this matter to determine whether Attorneys Kevin A. Landau and Arthur H. Landau would continue as retained counsel for Defendant Adelfo Pamatmat, M.D.  After questioning both counsel and Defendant, the court determined that representation would continue.  While acknowledging some communication difficulties and/or misunderstandings, Defendant expressed his continued desire to keep his current counsel.  Nonetheless, the court is now in receipt of two letters, purportedly from Defendant Pamatmat, in which he expresses displeasure at their representation.  These letters have been sent to defense counsel, with copies sent to the Government.  While the court does not typically take action on letters sent pro se when the defendant is represented by counsel, under the particular circumstances of this case, the court will conduct another status conference to determine if any action need be taken.  Accordingly,

      IT IS ORDERED that counsel, and Defendant, shall appear for a status conference on **October 9, 2015 at 1:30 p.m.,** at the Federal Courthouse located at 526

Water Street, Port Huron, Michigan 48060.  In the meantime, Attorneys Kevin A. Landau and Arthur H. Landau remain as counsel of record for Defendant and are DIRECTED to meet all of their professional obligations to Defendant.  NO DEADLINES HAVE BEEN MOVED AS A RESULT OF THIS ORDER.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  September 23, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 23, 2015, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522