UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                              CIVIL NO.11-20551-18-DT

ADELFO PAMATMAT,

        Defendant(s).
_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

      This matter has come before the court on the Motion to Withdraw filed on September 30, 2015 by attorneys Arthur Landau and Kevin Landau after the Defendant was found of guilty on Counts 1 and 2 on July 2, 2015. Sentencing is currently set for November 3, 2015 at 2:30 p.m.

      A hearing was held on October 9, 2015 and after hearing argument from counsel and the defendant, the court has determined that there is sufficient reason for Mr Landau to be permitted to withdraw as counsel for the defendant. Therefore,

      IT IS ORDERED for the reasons stated on the record the motion to withdraw is **GRANTED.** The Federal Defender's Office is directed to appoint new counsel. Upon the filing of an appearance by the new attorney, this court will schedule a status conference with counsel.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: October 14, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2015, by electronic and/or ordinary mail.

          S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522