**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 11-20551-018
                                                           Hon. Robert H. Cleland

v.

ADELFO PAMATMAT,

    Defendant.

_____/

## ***EX PARTE*** **MOTION TO SEAL MEDICAL RECORDS AND REPORTS ATTACHED AS EXHIBITS TO DEFENDANT'S SENTENCING MEMORANDUM**

      NOW COMES the Defendant, ADELFO PAMATMAT, by and through his attorney, PATRICIA A. MACERONI, and due to the sensitive, personal, medical and psychological information contained in his medical records and evaluations from William Beaumont Hospital, FDC Milan and St. Joseph Mercy Hospital in Ann Arbor, Michigan, respectfully moves this Honorable Court to Seal those specific exhibits.

                                                Respectfully Submitted,

                                                s/Patricia A. Maceroni
                                                Patricia A. Maceroni (P44124)
                                                Attorney for Adelfo Pamatmat
                                                26711 Woodward Ave., Suite #200
                                                Huntington Woods, MI 48070
                                                (248) 541-5200
                                                Pattymac63@hotmail.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 11-20551-018
                                               Hon. Robert H. Cleland

v.

ADELFO PAMATMAT,

    Defendant.
    _____/

## ORDER GRANTING MOTION TO SEAL EXHIBITS

NOW COMES the Court, after having read the *Ex Parte* Motion filed to Seal Defendant's medical records and evaluations and being fully advised in the premises herein, and hereby orders that Defendant Adelfo Pamatmat's medical records and evaluations which Counsel wishes to submit with his sentencing memorandum may be filed under seal, given the sensitive nature of the information contained therein.

    IT IS SO ORDERED.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: May 11, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 11, 2017, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (810) 292-6522