UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                 Criminal Case No. 11-20551
                                                                                                Civil Case No. 20-11078

ADELFO PAMATMAT,

    Defendant.
_____/

**ORDER TERMINATING DEFENDANT'S 2255 MOTION AS MOOT**

      Defendant Adelfo Pamatmat was sentenced to 228 months of imprisonment on May 18, 2017. (ECF No. 1651, PageID.16792.) Defendant subsequently filed a motion to vacate his sentence under 28 U.S.C. § 2255 which is currently pending. (*See* ECF No. 1849.) Yesterday, the court received a letter in chambers from the Federal Bureau of Prisons indicating that Defendant had passed away on July 5, 2022 while in BOP custody. Accordingly,

      IT IS ORDERED that Defendant's "Motion to Vacate Sentence under 28 U.S.C. 2255" (ECF No. 1849) is TERMINATED AS MOOT.

                                                                s/Robert H. Cleland              /
                                                                ROBERT H. CLELAND
                                                                UNITED STATES DISTRICT JUDGE

Dated:  July 13, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 13, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                         /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\11-20551.PAMATMAT.Dismissing2255.AAB.docx