UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Criminal Case No. 11-20551
                                              Civil Case No. 20-11078

ADELFO PAMATMAT,

    Defendant.

_____/

### ORDER CLOSING CASE IN LIEU OF JUDGMENT

Pursuant to the court's order dated July 13, 2022, which dismissed Defendant's "Motion to Vacate Sentence Under 28 U.S.C. 2255" (ECF No. 1849), the issues in controversy have been resolved, and the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.[1]

                                              s/ Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: July 13, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 13, 2022, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Criminal\11-20551.PAMATMAT.2255.AAB.closing.docx

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.